IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JASON GRZYBOWSKI, | § | |
| | § | |
| Defendant Below, | § | No. 348, 2024 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1104009042 (N) |
| | § | |
| Appellee. | § | |

Submitted: September 6, 2024
Decided: September 17, 2024

## ORDER

On August 23, 2024, the appellant filed a notice of appeal from a Superior Court order that was dated and docketed on July 17, 2024. A notice of appeal must be timely filed to invoke the Court's appellate jurisdiction.[1] Under Supreme Court Rules 6 and 11, a timely notice of appeal would have been filed on or before August 16, 2024. The Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed as untimely filed. The notice to show cause was delivered on August 26, 2024. The appellant having failed to respond to

---

[1] *Carr v. State*, 554 A.2d 778, 779 (Del. 1989). A notice of appeal must be received by this Court within the applicable time period to be effective. DEL. SUPR. CT. R. 10(a); *see also Muhammad v. State*, 2024 WL 3895324 (Del. Aug. 21, 2024) (dismissing untimely appeal that appellant mailed to the Superior Court Prothonotary, which received it within the applicable time for filing); *Sheldon v. State*, 2010 WL 2796621 (Del. July 15, 2010) (dismissing untimely violation of probation appeal that the appellant mistakenly filed in Superior Court based on advice provided by someone in the prison law library).

the notice to show cause within the required ten-day period, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice